**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jennifer Burritt, et al., | ) | No. CV-09-00406-PHX-FJM |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| NutraCea, et al., | ) | |
| Defendants. | ) | |

The court has before it plaintiffs' unopposed motion to amend the court's scheduling order (doc. 84).

Plaintiffs point out that our current scheduling order must be revisited due to the combination of the pendency of defendants' motions to dismiss and the discovery stay required by the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(3)(B). Accordingly, **IT IS ORDERED GRANTING** plaintiffs' motion to amend the court's scheduling order (doc. 84) only as follows. Paragraph 1B of the Rule 16 scheduling order filed June 2, 2009 (doc. 28) is amended such that all initial disclosures shall be made within ten days of our ruling on defendants' motions to dismiss. Paragraph 3A is amended such that motions for class certification shall be filed within forty days of our ruling on defendants' motions to dismiss. Paragraph 4 is amended such that plaintiffs' expert disclosure deadline is April 15, 2010, defendants' expert disclosure deadline is May 15, 2010, and the deadline

to disclose rebuttal experts is June 15, 2010. Paragraph 5 is amended such that final supplementation shall be made no later than July 1, 2010. Paragraph 6 is amended such that all discovery must be completed by July 30, 2010. The remaining dates in the scheduling order are affirmed, including the August 3, 2010 deadline for dispositive motions.

**IT IS FURTHER ORDERED** that the claims against NutraCea are dismissed without prejudice pursuant to our order filed November 17, 2009 (doc. 80).

**IT IS FURTHER ORDERED DENYING** as moot NutraCea's motion to dismiss (doc. 60).

DATED this 26th day of January, 2010.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge