**TIFFANY & BOSCO, P.A.**
Richard G. Himelrick (#004738)
J. James Christian (#023614)
Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Fax: (602) 255-0103
rgh@tblaw.com
jjc@tblaw.com

Liaison Counsel for Plaintiffs

**THE ROSEN LAW FIRM P.A**.
Phillip Kim (*pro hac vice*)
Laurence Rosen (*pro hac vice*)
Timothy Brown (*pro hac vice*)
350 Fifth Avenue, Suite 5508
New York, NY 10118
Telephone: (212) 686-1060
Fax: (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com
tbrown@rosenlegal.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| JENNIFER BURRITT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>          Plaintiff,<br><br>          vs.<br><br>NUTRACEA, BRADLEY D. EDSON, TODD C. CROW, AND DAVID BENSOL,<br><br>          Defendants. | No.  CV-09-00406-PHX-FJM<br>(**Consolidated**)<br><u>CLASS ACTION</u><br><br>DECLARATION OF PHILLIP KIM IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

I, Phillip Kim, declare:

1. I am an attorney with The Rosen Law Firm, P.A., Lead Counsel for Plaintiffs. I am duly admitted to practice law in the State of New York and in this matter *pro hac vice*. I submit this Declaration in Support of Plaintiffs' Motion for Class Certification. I make this declaration based on personal knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Scott D. Hakala, Ph.D, CFA Regarding Market Efficiency, dated April 5, 2010.

3. Attached hereto as Exhibit 2 is a true and correct copy of the firm resume of the Rosen Law Firm, P.A.

4. Attached hereto as Exhibit 3 is a true and correct copy of the firm resume of the Tiffany & Bosco, P.A.

5. Attached hereto as Exhibit 4 are true and correct copies of Declarations executed by Harvey Pensack and Jennifer Burritt.

6. Attached hereto as Exhibit 5 is a true and correct of the PSLRA certification of Sandra Picard.

7. During telephone conversations with the undersigned, Ms. Picard confirmed that she is and was an Arizona resident at the time she purchased her shares of Nutracea during the Class Period. Ms. Picard also agreed to intervene as a proposed class representative in the event the Court determined that an Arizona resident was required for class certification.

8. Attached hereto as Exhibit 6 are true and correct copies of Nutracea's earnings press releases and related announcements dated May 15, 2007, August 14, 2007, November 14, 2007, and February 23, 2009.

9. Attached hereto as Exhibit 7 are true and correct excerpts of Nutracea's proxy statements filed with the SEC on May 21, 2007 and April 29, 2008.

10. Attached hereto as Exhibit 8 is a true and correct excerpt of Nutracea's Prospectus Supplement filed with the SEC on April 28, 2008.

11. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration is dated April 5, 2010 in New York, New York.

/s/   Phillip Kim
Phillip Kim

# CERTIFICATE OF SERVICE

I, Phillip Kim, hereby declare under penalty of perjury as follows:

I am attorney with the Rosen Law Firm, P.A., with offices at 350 5th Avenue, Suite 5508, NY, NY 10118. I am over the age of eighteen.

On April 5, 2010, I electronically filed the following DECLARATION OF PHILLIP KIM IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 5, 2010.

                                                                                 /s/ Phillip Kim

Declaration of Phillip Kim In Support of Plaintiffs' Motion for Class Certification