# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Burritt, Individually and On Behalf Of All Others Similarly Situated<br><br>Plaintiff,<br>v.<br>Nutracea, Bradley D. Edson, Todd C. Crow, and David Bensol<br>Defendants.<br><br>and consolidated case. | Case No: CV-09-00406-PHX-FJM<br><br>(Consolidated with CV 09-880-PHX-FJM)<br><br>**ORDER RE:**<br><br>**(1) NOTICE TO THE COURT OF SETTLEMENT, and**<br><br>**(2) JOINT EXPEDITED MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES, AND TO SET DATE FOR SUBMISSION OF MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT** |

IT IS ORDERED granting in part the Joint Expedited Motion to Extend Certain Pretrial Deadlines, and To Set Date for Submission of Motion for Preliminary Approval of Proposed Class Action Settlement (doc. 99).

IT IS FURTHER ORDERED setting May 17, 2010 as the deadline for the submission of Plaintiffs' motion for preliminary approval of the proposed class action settlement.

To preserve the insurance proceeds and for the good cause shown in the joint expedited motion, the Court hereby extends certain pretrial deadlines in this case as set forth below.

| Event | Previous Due Date | Extended Due Date |
|---|---|---|
| Plaintiffs' expert disclosure deadline | April 15, 2010 | June 15, 2010 |
| Defendants' deposition of Plaintiffs' expert witness, Dr. Hakala | April 19, 2010 | To occur by June 18, 2010 |
| Defendants' Opposition to Plaintiffs' Motion for Class Certification | April 22, 2010 | June 25, 2010 |
| Plaintiffs' Reply In Support of Motion for Class Certification | May 3, 2010 | July 14, 2010 |
| Plaintiffs' responses to defendant Crow's requests for admissions deadline | May 4, 2010 | July 15, 2010 |
| Defendants' expert disclosure deadline | May 15, 2010 | July 28, 2010 |
| Plaintiffs to submit their motion for preliminary approval of the proposed class action settlement | None | May 17, 2010 |
| Final supplementation of all Rule 26(a) disclosures and discovery | June 1, 2010 | August 11, 2010 |
| Deadline to disclose rebuttal experts | June 15, 2010 | August 26, 2010 |
| All discovery, and supplementation of all prior disclosures, including answers to interrogatories, production of documents, depositions and requests to admit must be completed | July 1, 2010 | September 10, 2010 |
| Deadline for filing all dispositive motions | August 3, 2010 | UNCHANGED |
| Lodging of joint pretrial order | December 3, 2010 | Unchanged |
| Pretrial conference | December 10, 2010 | Unchanged |
| Trial | January 11, 2011 | Unchanged |

1   The parties will note that their proposed amendments have been accepted except
2 for their request to amend the dispositive motion cutoff date. As our Rule 16 order
3 stated, that date cannot be amended for settlement negotiations because the time is
4 needed to ensure resolution of all dispositive motions before the firm trial date.
5   Dated this 21st day of April, 2010.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge